UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REX HOPPER,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 22-cv-1959-JPG

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Rex Hopper's action filed pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Rex Hopper, and that this case is dismissed with prejudice.

DATED: November 1, 2022

**MONICA A. STUMP, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**