# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REX HOPPER, No. 13709-025, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:22-cv-01959-JPG |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Rex Hopper's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 against Respondent United States of America is **DISMISSED** with prejudice.

**DATED: February 21, 2024**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
        Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE